TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: Withholding of Administrative Remedies
DATE: 04/15/2023 09:12:43 PM



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY − 4 2023

CLERK, U.S. DISTRICT COURT

By_____
Deputy

Dear Clerk of Court,

I am writing this court in the hope that an issue prevalent at the institution where I am currently incarcerated may be addressed. I have filed upwards through administrative remedies to reach said point. If my filing was in error, my apologies, please let me know if I need to file within the district I was sentenced rather than my current location.

Since arriving at FMC Fort Worth more than three years ago, I have had consistent issues with obtaining Administrative Remedies within a timely manner. BP8s are no longer answered for inmates across the board within Dallas Unit where I am housed, but the real issue is with BP10s and 11s sent to Region and Central Office. These responses require follow ups or appeals within a set time period, within 15-20 days, and the mail room and BOP offices holding such responses invalidates our means to address our grievances.

I am including multiple instances in my write-up regarding this issue, which began in July of 2022 and has yet to receive a response from Central beyond two separate rejections. I have spoken to my Unit Manager Carpenter on several occasions in regards to him writing out a message on BOP letterhead stating the reason for delays. Weeks have passed without it. I cannot exhaust my administrative remedies further at this point and am filing with this court to request assistance in this matter.

Mail has been held up to 45 days before being passed on to inmates. BP10s sent out have been consistently returned as rejections due to the mail room removing portions of the administrative remedy. We are told to file upward after a set period if a response is not received, yet Region and Central will reject BP 10s and 11s if all responses are not included. My most recent BP11 sent out on 1/29/23 took nearly three weeks to reach Central Office, by which point it was rejected as untimely, despite the fact that Lt. Carpenter, SIS head and Unit Manager of Dallas Unit, vouched for the process, calling in to receive another copy of my BP9 response after it was 'lost' the first time the BP11 was filed.

Books, letters, and photos from family and loved ones do not have this absurd delay at the mail room or post office, which tells us that Administrative Remedies are consistently being held within the BOP system in order to discourage inmates from addressing their grievances.

The Administrative Remedy Process is the only way that we as inmates can address grievances and corruption within the BOP that doesn't involve contacting the courts or press. What are we supposed to do if Central Office will not even take the time to read our issues and apply blanket rejections across the board?

I hope that something might be done to address this issue. I do not feel this is a frivolous issue, I simply want help and I hope this court might assist me.

Respectfully submitted,
-Michael Carr #49542-177

TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

--------------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: Attachment
DATE: 04/15/2023 09:14:26 PM

Finally, I will be including a timeline of the effort for filing that will illuminate this situation, as well as further supporting documentation, listed below, in reverse order of filing:

1. Untimely response from BOP Central, delivered 21 days past the date of response from Central. Note it was received 15 days after the BP11 response was filed.
2. BP 11 Filing, dated 3/17/23, Second filing after previous rejection.
3. First BP11 Rejection. Stated to not contain copy of administrative remedy request BP 9 form (which was included in the paperwork I received back, apparently Central did not bother to read this) and copy of BP9 Response from Warden (which was removed after I sent it out, despite the paperwork being sealed with legal stamp) Also delivered 16 days after the time stamp from Central Office
4. First BP 11 filing, dated 10/29/22
5. BP 10 Response from Herberto H. Tellez, Regional Director
6. BP 10 Response cover letter, delivered 10/28/22 to inmate, nearly two months after BP10 was filed.
7. BP 10 Filing, dated 9/3/22
8. Response by Warden F.J. Garrido, BP9 Response, dated 8/16/22. Delivered to inmate two weeks past written date.
9. BP9 filing, dated 8/9/22
10. BP8 filing, response. Dated 7/17/22
11-14. Examples of Late Responses Held by Staff/Region/Central
-BP10 delivered 7/7/22, missing BP8 Original, BP9 Warden Response, All supporting documents. Signed verify by Officer A. Mijares
-BP9 Response Cover Page, from BP9 filing 8/9/22. Signed by Warden Garrido 8/16/22, delivered to inmate 8/30/22, 14 days later. Signed by Officer B. Thomas
-BP10 Response by Ian Connors, Administrator National Inmate Appeals. Dated August 10, 2022, delivered to inmate 8/31/2022, signed by Officer R. Parkinson (21 days past signature)
-BP10 Response dated March 21, 2022, delivered to inmate May 6, 22. (45 days past the date of signature) Signed by Lt. K. Duffield
-Bp10 Response signed November 3, 2022. Delivered to inmate Nov 28, 2022 (25 days past signature). Past 20 day appeal.

\# 1

REJECTION NOTICE – ADMINISTRATIVE REMEDY


DATE: FEBRUARY 24, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1129166-A2       CENTRAL OFFICE APPEAL
DATE RECEIVED    : FEBRUARY 13, 2023
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.


Delivered to inmate
   3/17/23   11:40pm

#2

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen.  If attachments are needed, submit four copies.  One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach-ments must be submitted with this appeal.

From: __CARR   MICHAEL   J__  __49542-177__  __DAL__  __FMC FORT WOR:__
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

I am filing further appeal after a BP11 rejection due
a lack of warden response (on record). All necessary
paper work is included (BP9 response/form, etc) and
date of excessive late response noted (16 days held).
Please address documented issues, thank you.
Mail/BPs are still (See Attachment).
being held.

__1/29/23__
  DATE              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

FEB 1 6 2023

Received by Section
Bureau of Prisons

---

   DATE               GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: __1129166__

**Part C—RECEIPT**

                    CASE NUMBER: _____

Return to: _____  _____  _____  _____
   LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

---

   DATE          SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL   BP–231(13)

TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

------------------------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: BP11
DATE: 01/28/2023 09:57:04 PM          FMC FORT WORTH

I am submitting appeal of my rejected BP11 in regards to administrative remedies being held for inordinate amounts of time before being delivered to inmates at FCI Bastrop. This is an ongoing issue. My BP11 response was held 16 days before being delivered (ie. 15 days is the appeal time). Luckily Unit Manager Carpenter can verify receipt and the request to receive the warden's response to my BP9, which was removed before being sent to Central. It's okay though, I have copies and the original BP9 (which the BP11 response claimed was missing, but was in fact in the papers I received back, not sure how this was missed) are all included.

Despite multiple attempts otherwise, I wish my issue to be addressed and for Central to address this issue. I have multiple recorded incidents of mail held 20, 30, up to 45 days before being delivered. Many inmates here do not know they can proceed after a set time, and even if they do without the response they are often rejected by Region/Central (ie. my BP11 response for example). Either way, the issue remains that federal mail and our administrative remedies are being held. Please address this issue.

Thank you.

#3

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 3, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,   TX 76119

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1129166-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : DECEMBER 9, 2022
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR A COPY
                OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

*Delivered to Inmate JAN 19, 2023*

*Unit Manager Carpenter is witness to event, You may contact him.*

#4

U.S. Department of Justice

Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy each of the completed BP–DIR–9 and BP–DIR–10, including any attach–ments must be submitted with this appeal.

From: __CARR   MICHAEL   J.__   __49542-177__   __DAL__   __FMC FT WORTH__
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**

Even if, per Pro Statement 1330.18 § 542.18 states "inmate does
of receive response within time alloted... Inmate may consider
absence of response denial," this does not excuse FMC
FORT WORTH staff withholding Fed mail (as this BP10
response is 26 days past date mailed from Region), which is
in itself a federal ~~policy violation.~~ Without BP/10 response, Region and
Nat'l do not often accept paperwork, even if past response
time allotted. Why is this not addressed or investigated?
                                                                It is solely
__10/29/22__   (See Previous Attach)                          BP's held for
   DATE                                                        extended period
                                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

Federal Bureau of Prisons
Administrative Remedy Section

RECEIVED
DEC 09 2022

_____                          GENERAL COUNSEL
   DATE
**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: __1129166__

**Part C—RECEIPT**
                                        CASE NUMBER: _____

Return to: _____   _____   _____   _____
          LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____   (logo)   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL   BP-231(13)
   DATE

#5

Regional Administrative Remedy Appeal No. 1129166-R1
Part B - Response

This is in response to your Regional Administrative Remedy
Appeal received on September 14, 2022.  You allege inordinate
response times to the institution's responses to administrative
remedies.  For relief, you request to receive timely responses
to administrative remedies.

A review of the matter indicates that the Warden appropriately
addressed your concerns.  Administrative remedy response times
are governed by Program Statement 1330.18, Administrative Remedy
Program, § 542.18 which states, "if the inmate does not receive
a response within the time allotted for reply, including
extension, the inmate may consider the absence of a response to
be a denial at that level."

This response is only for informational purposes.

If you are dissatisfied with this response, you may appeal to
the Federal Bureau of Prisons, Office of General Counsel,
320 First Street, N.W., Washington, D.C. 20534.  Your appeal
must be received in the Office of General Counsel within 30 days
from the date of this response.

NOV 0 3 2022
_____
Date

_____
Heriberto H. Tellez
Regional Director

#6

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC      UNT: DAL MED     QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,   TX 76119

Delivered to inmate
10/28/22

X

#7

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen.  If attachments are needed, submit four copies.  One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: _Carr, Michael, J_    _44542-177_    _DAL_    _FMC FT. WORTH_
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL**

Despite what staff at FMC FORT WORTH claim, Administrative Remedies are taking an inordinate amount of time to arrive, halting our right to due process. My BP9 response claims otherwise despite 4 instances of irrefutable proof (45 days, 21 days, 16 days from response) with officers unable to sign off on arrival date in many instances, how are we to move up/show proof of receipt? My request is that this issue be resolved, that we receive BP9/10/11 responses in time for us to appeal them. (with needed paperwork not absent) Thank you.

_9/3/22_
DATE                              SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

SEP 1 4 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel.  Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

_____
REGIONAL DIRECTOR

CASE NUMBER: _1129166-R1_

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

BP–230(13)

#8

CARR, Michael                    REG. NO: 49542-177        FILED: 08-15-2022

REMEDY NO. 1129166-F2            PART B-RESPONSE

This is in response to your request for Administrative Remedy dated August 9, 2022, in which you state that Administrative Remedies are not being delivered timely or in accordance with policy.

A review of your complaint regarding the handling of Administrative Remedy responses determined that the staff at FMC Fort Worth are properly and timely handling the delivery of said responses.

The Administrative Remedy processes are operated under the procedures outlined in Program Statement 1330.18. Section 12 of P.S. 1330.18 establishes the timeframes that staff must respond to remedy requests. Once filed, response shall be made by the Warden or CCM within 20 calendar days; by the Regional Director within 30 calendar days; and by the General Counsel within 40 calendar days. If the Request is determined to be of an emergency nature which threatens the inmate's immediate health or welfare, the Warden shall respond not later than the third calendar day after filing. If the time-period for response to a Request or Appeal is insufficient to make an appropriate decision, the time for response may be extended once by 20 days at the institution level, 30 days at the regional level, or 20 days at the Central Office level. Staff shall inform the inmate of this extension in writing. Staff shall respond in writing to all filed Requests or Appeals. If the inmate does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.

Delivery of Administrative Remedy responses are made in accordance with FTW 1330.18(A). Section 4(F) states that The Administrative Remedy Clerk will distribute final responses to the units via institution mail or through Unit Staff for delivery to the inmate. Unit Staff will make personal delivery of the final responses to their assigned inmates housed in Restrictive Housing.

Based on the aforementioned, this response is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, South Central Regional Office, U.S. Armed Forces Reserve Complex, 344 Marine Forces Drive, Grand Prairie, Texas, 75051, via a BP-230(13). Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.

F. J. Garrido
Warden

8-16-22
Date

#9

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

(BP 9 FORM)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Carr Michael J.__   __419542-177__   __DAL__   __FMC FT WORTH__
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST**

My BP8 response was unsatisfactory. Higher level BP's (from 9/10/11 central/Region) are being delivered by officers who cannot sign to confirm dates from mail room. (See 2 attachments showing admin remedies held for 45 days/lacking documentation on return). Mailroom staff/head (Ms. Smith) claim this is an issue with exec staff. I would like mail to be delivered at this level accordingly, without denial of due process. This is a continuing issue at FMC FT WORTH. If National/Region to blame, let this move to BP10 level.

__8/9/22__ DATE                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
AUG 15 2022
BY: _____

_____     _____
      DATE                    WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**          CASE NUMBER: __1129166-F2__

                                        CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

_____          _____
      DATE                         RECIPIENT'S SIGNATURE (STAFF MEMBER)

                                                              BP-229(13)
                                                              APRIL 1982

# #10

FTW 1330.13(F)
October 31, 2012
Attachment A

<u>REQUEST FOR ADMINISTRATIVE REMEDY · ATTEMPT AT INFORMAL RESOLUTION</u>

Inmate Name: Michael Carr                     Reg. No. 49542-177
     Unit:  DAL                                 Date: 7/17/22

Date Delivered to Inmate: 7/17/2022            By (Staff Name): UW/A

Bureau of Prisons Program Statement 1330.13 requires that "An inmate will first present an issue of concern informally to staff before an inmate submits a Request for Administrative Remedy." Also, the staff member must try to resolve the complaint informally before the inmate will be given a BP-229(13) form.

1. Write your complaint in this space, as briefly as possible, including details and facts   which support your request.
Adm'n Remedies of BP9/10 levels have been continuously held for myself (affecting other inmates as well) past appeal dates / missing necessary documentation on return. See Attachment
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.)

2. What action do you wish to be taken to correct the situation?
I would like a reason why exec staff is holding Adm'n Remedy past appeal dates /discarding needed documentation. I would hope delays will cease.
3. What have you done to informally resolve this matter? To whom have you spoken?
Ms. Smith, AW McManus, Counselor Morres, Mailroom Staff or Open House

● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●
Informal Resolution Submitted to (name of staff member): UW/A      Date: 7/17/202
Date Received from Staff: _____     (Response should ordinarily be within 3-5 calendar days).

The unit staff member who has attempted to resolve the matter informally will indicate below the efforts he has made. Be specific, but brief:
Remedies are placed in unit mailboxes the same day they are received from Region/Central Office. BP9 responses are put in unit mailboxes the day that they are answered. Unit team delivers all of these.

Responded to by: J. Morris / Legal Assistant      Date: 07/18/2022

Reviewed by Unit Manager: _____      Date: 7/24/2022
● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●
BP-229(13) Delivered to Inmate by: _____      Date: _____

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC        UNT: DAL MED      QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,   TX 76119

Delivered to 7/7/22 ( Absent BP8 Original,
inmate                  BP9 Warden Response,
                         All Supporting Documents
X A. Mijares /                    BP9 Carbon pages)

# 12

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
3150 HORTON ROAD
FORT WORTH, TX 76119

Delivered to inmate 8/30/22

B. Thomas

14 days to arrive
despite being signed
off within facility
(20 day period from
response for appeal)

see prior attach
for late arrival
examples (2.)

Administrative Remedy No. 1114035-A1
Part B - Response

*Delivered to inmate*
*08-31-2022 on*
*Dallas Unit at*
*5:45 PM*

*R. Parkinson*

...................ve decision that can be changed based on your request.

You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.  We find you are designated to an appropriate institution commensurate with your current security, custody, and medical needs based on your Medical Care Level 3 status.  Given this, we shall defer decisions regarding this matter to the appropriate Health Services staff at the local level.

Considering the foregoing, your appeal is denied.

August 10, 2022
Date

A. Connors
Ian Connors, Administrator
National Inmate Appeals

*(21 days after receipt)*

# 14

REJECTION NOTICE — ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
    . FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,    TX 76119

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 1098994-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED   : FEBRUARY 24, 2022
SUBJECT 1       : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : BOTH BP9 REQUEST AND RESPONSE NEEDED.

Delivered to inmate

5/6/22

X sos Duffield K
5·6·22

#15

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 3, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : MICHAEL JOSEPH CARR  49542-177
      FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 1129166-R2     REGIONAL APPEAL
DATE RECEIVED   : OCTOBER 21, 2022
SUBJECT 1       : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : YOUR APPEAL HAS BEEN ACCEPTED AT THE REGIONAL LEVEL
                  WITH A RESPONSE DUE TO YOU.

Delivered to inmate
Nov 28, 2022



Michael Carr #49542-177
FMC FORT WORTH
PO BOX 15330
FORT WORTH, TX 76119

NORTH TEXAS PⅈⅇWC
DALLAS TX 750
MON 01 MAY 2023
AFSM 2/1 00:53:06

RECEIVED
MAY - 4 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

X-RAY

⇔49542-177⇔
Eldon B Mahon Us Courthouse
501 W 10TH ST
Room 310
FORT Worth, TX 76102
United States

LEGAL MAIL