PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 08/2021)



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY · 1 2023

CLERK, U.S. DISTRICT COURT
By_____
Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Michael Joseph Carr #49542-177
_____
Plaintiff's Name and ID Number

FMC Fort Worth
_____
Place of Confinement

CASE NO. 4:23-cv-00447-O
(Clerk will assign the number)

v.

B.O.P. General Counsel
320 1st St. NW   Washington D.C. 20534
_____
Defendant's Name and Address

C.E.O. of FMC Fort Worth
3150 Horton Rd   Fort Worth, TX 76119
_____
Defendant's Name and Address
B.O.P. Regional Counsel
320 1st St. NW   Washington D.C. 20534
_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____YES __X__NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

            Plaintiff(s)_____

            Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.    PLACE OF PRESENT CONFINEMENT: FMC Fort Worth   3150 Horton Rd   Fort Worth, TX 76119

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?        x  YES  ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Michael Joseph Carr #49542-177

FMC Fort Worth

PO Box 15330   Fort Worth, TX 76119

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: C.E.O. of FMC Fort Worth (Warden F.J. Garrido)

3150 Horton Rd   Fort Worth, TX 76119

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Provides oversight over entire facility, mailroom, and administrative coordination. Administrative remedies are returned untimely or missing paperwork.

Defendant #2: Heriberto H. Tellez, Regional Director, Southern Regional Office

355 Marine Forces Dr.   Grand Prairie, TX 75051

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Direct signature and responder to BP10s, Southern Regional Office. Receives and delivers to FMC Fort Worth, with consistent delay and no statement of extension.

Defendant #3: B.O.P. Office of General Counsel

320 1st St NW   Washington, D.C. 20534

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Responders of all submitted BP11s, the final Administrative Remedy step. Dismissive of issues and untimely delivery of responses.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

3

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Throughout my incarceration at FMC Fort Worth, I, along with multiple other inmates, have experienced continuous loss of and delayed delivery/receipt of Administrative Remedy Responses, from BP8-11 status. Exhibits have been included to document multiple returns past appeal date, signed off by delivering officials and executive staff. Each defendant listed in this claim has direct oversight over Administrative Remedies at various local, revional, and central levels.

This misconduct by the B.O.P. defendants constitutes illegal conspiracy to deprive inmates of our Due Process rights under the Fifth Amendment of the U.S. Constitution, by depriving us with repsect to our Administrative... **CONTINUED ON CONTINUATION PAGE**

VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking a permanent injunction against each of these B.O.P. defendants which enjoins them from any further deceptive conduct with regards to dating and delivering Rejections and Responses to Administrative complaints (BP9, BP10, BP11).

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael Joseph Carr

B.  List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

Fed ID # 49542-177

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _XX_ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division):_____

2.   Case number:_____

3.   Approximate date sanctions were imposed:_____

4.   Have the sanctions been lifted or otherwise satisfied?                        ____YES ____NO

4

Case 4:23-cv-00447-O   Document 6   Filed 05/31/23   Page 5 of 43   PageID 44

...Remedy rights provided by federal regulation without Due Process of law. These acts also violate 42 U.S.P.C. sec 1985(3).  The particular regulation with respect to which these violations occur are 28 CFR sec 542.18 and sec 542.13, intentionally causing our appeals and other responses to be unduly late and thus voidable by the defendants.

C.  Has any court ever warned or notified you that sanctions could be imposed?      _____YES____NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that issued warning (if federal, give the district and division):_____

2.  Case number:_____

3.  Approximate date warning was issued:_____

Executed on: _5/25/23_____
                      DATE

_____
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.


Signed this ___25th_____ day of __May_____ , 20_23_____.
                    (Day)                            (month)                       (year)

_____
(Signature of Plaintiff)


**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

5

7020 3160 0001 1653 3381

(Start Certified Documents)

TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

-------------------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: Extension of Time
DATE: 05/24/2023 06:01:13 PM

Dear Clerk of Court,

   I, Michael Joseph Carr #49542-177, am requesting a 30 day extension of time for my court filing fee of $402.00 to be presented to this court. My funds must be withdrawn in the form of a BP-199 through the prison in which I am incarcerated, FMC Fort Worth, and I do not believe that the money order BP-199 will be processed and released to this court in the alloted 30 day time period (Deadline June 7, 2023)

   With this letter I will be including appropriate copies of my suit, properly formatted, with my original filing and copy of claim and supporting documentation, as well as the Civil Suit Paperwork the court previously sent me, along with a copy of my BP199 signed and copied, yet to be processed. I believe that, aside from the $402.00 court filing fee, all paperwork will be in order.

Thank you for your time in this matter.

Respectfully submitted,

Michael Joseph Carr #49542-177
5/25/23


-------------------------------------------------------------------

I hereby swear that the above statements are, under the threat of prosecution for perjury, true and accurate to the best of my knowledge.

Michael Joseph Carr #49542-177
5/25/23

Date:   05/17/2023                                                      Location: FTW
Time:   09:29:11 AM

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF PRISONS
### Request for Withdrawal of Inmate's Personal Funds

FTW-D-A, 49542177 - CARR, MICHAEL

Encumbrance No.:   1352

Please charge to my account the sum of **$402.00** and authorize the same to be paid to:

**Contact/FMIS Certification Address**

**District Court, Us
501 W 10TH ST
Office of the Clerk
FORT WORTH
TX 76102
United States**

Purpose:   Court Fees

Check Memo:   **Filing Fee: No. 4:23-cv-447-O**

_____
(Signature of Inmate)

49542177 - CARR, MICHAEL
(Inmate Register No./Name)

_____
(Signature of Approving Official)

_____
(Signature of Deposit Fund Tech)

_____
(Payment #)

The inmate's personal account has been charged in the amount indicated above.

BP - 199.045 - Jan 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No:** |
| | § | |
| **BOP,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## ORDER AND NOTICE OF DEFICIENCY
(With special instructions to the Clerk of Court)

On May 4, 2023, FMC Fort Worth inmate/Plaintiff Michael Joseph Carr filed a document docketed as a civil complaint. Compl., ECF No. 1 The case was randomly assigned to this the "O" docket of the undersigned judge.

The Prison Litigation Reform Act (PLRA) does allow a prisoner to bring a civil action without *prepayment* of fees or security, but a prisoner seeking to proceed under the in-forma-pauperis statute is still required to "pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1).[1] In order to obtain this payment, the Court is first required to assess and collect an initial partial filing fee. *See* 28 U.S.C. §1915(b)(1). The statute also requires prisoners thereafter to pay the balance of the full filing fee through withdrawals from their inmate account. The statute also requires a prisoner to provide to the Court both an in-forma-pauperis (IFP) application and a certificate of inmate trust account for the six months preceding the date of filing, and Plaintiff has failed to do so. Thus, if the prisoner plaintiff wishes to maintain this suit, he must either provide an IFP application (which will result in a fee collection from his inmate account) or pay the applicable fees.

Furthermore, the Court notes that to the extent Plaintiff seeks to maintain a new civil lawsuit over incidents arising during his confinement or challenging the conditions of his confinement, he has not presented this suit on the completed form as required by the miscellaneous orders of this

---

[1] In addition to the filing fee of $350, the District Court Miscellaneous Fee Schedule requires payment of an administrative fee of $52.00 for filing a civil action in district court. *See* 28 U.S.C.§ 1914(a) and District Court Miscellaneous Fee Schedule, note 14. This results in a total fees of $402 for a civil action. Where a prisoner plaintiff has been granted leave to proceed in forma pauperis, however, only the $350 filing fee will be deducted from the prisoner's account. The $52 administrative fee will not be deducted.

Court.[2] Thus, he has failed to provide answers to important questions, and to acknowledge sanctions warnings that are included in the form. If Plaintiff wishes to maintain this suit, he must correct this deficiency by providing a properly completed complaint form.

It is therefore **ORDERED** that the Clerk of Court shall take the following indicated action:

(X)   A copy of this order shall be mailed to Plaintiff. No further process shall issue except upon order of the Court.

(X)   A form application to proceed *in forma pauperis* (with cause number thereon) shall be mailed to Plaintiff along with a certificate of inmate trust account for completion and return to the Clerk of Court within the time period set forth below.

(X)   A prisoner civil complaint form (with cause number thereon) shall be mailed to Plaintiff for completion and signature, and then return to the Clerk of Court within the time set forth below.

It is further **ORDERED** that, if Plaintiff wishes to maintain this lawsuit, he shall cure each aforementioned deficiency within thirty (30) days of the date of this order. Failure to timely comply with this order could result in the dismissal without prejudice of Plaintiff's complaint without further notice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).[3]

**SO ORDERED** this 8th day of May, 2023.

Reed O'Connor
UNITED STATES DISTRICT JUDGE

---

[2]Miscellaneous Order No. 14 requires complaints filed in this district by a state or federal prisoner alleging civil rights violations to be submitted on the Court's form complaint.

[3]*See Hickerson v. Christian*, 283 F. App'x 251 (5th Cir. 2008) (A district court may sua sponte dismiss an action for failure to prosecute under Rule 41(b)); *see also Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (a court may dismiss for lack of prosecution under its inherent authority).

2

TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

---------------------------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: Withholding of Administrative Remedies
DATE: 05/24/2023 06:01:02 PM

Dear Clerk of Court,

I am writing this court in the hope that an issue prevalent at the institution where I am currently incarcerated may be addressed. I have filed upwards through administrative remedies to reach said point.

Since arriving at FMC Fort Worth more than three years ago, I have had consistent issues with obtaining Administrative Remedies within a timely manner. BP8s are no rarely answered in a timely manner for inmates across the board, but the real issue is with BP10s and 11s sent to Region and Central Office. These responses require follow ups or appeals within a set time period, within 15-20 days, and the mail room and BOP offices holding such responses invalidates our means to address our grievances.

I am including multiple instances in my write-up regarding this issue, which began in July of 2022 and has yet to receive a response from Central beyond two separate rejections. These will hereto be instituted by reference. I have spoken to my Unit Manager Carpenter on several occasions in regards to him writing out a message on BOP letterhead stating the reason for delays. Weeks have passed without it. I cannot exhaust my administrative remedies further at this point and am filing with this court to request assistance in this matter.

Mail has been held up to 45 days before being passed on to inmates. BP10s sent out have been consistently returned as rejections due to the mail room removing portions of the administrative remedy. We are told to file upward after a set period if a response is not received, yet Region and Central reject BP 10s and 11s if all responses are not included. My most recent BP11 sent out on 1/29/23 took nearly three weeks to reach Central Office, by which point it was rejected as untimely, despite the fact that Lt. Carpenter, SIS head and Unit Manager of Dallas Unit, vouched for the process, calling in to receive another copy of my BP9 response after it was 'lost' the first time the BP11 was filed.

Books, letters, and photos from family and loved ones do not have this delay at the mail room or post office, which tells us that Administrative Remedies are consistently being held within the BOP system in order to discourage inmates from addressing their grievances.The Administrative Remedy Process is the only way that we as inmates can address grievances and corruption within the BOP that doesn't involve contacting the courts or press.

I hope that something might be done to address this issue. I do not feel this is a frivolous complaint, I simply want help and I hope this court might assist me.

Respectfully submitted,

Michael Carr #49542-177
5/25/23


I swear that the following statements are true and correct to the best of my ability, under Penalty of Perjury, on this date 5/23/2023.

Michael Carr #49542-177
5/25/23

TRULINCS 49542177 - CARR, MICHAEL JOSEPH - Unit: FTW-D-A

---------------------------------------------------------------------------------------------

FROM: 49542177
TO:
SUBJECT: Attachment List
DATE: 05/17/2023 09:53:41 AM

I will be including a timeline of the effort for filing that will illuminate this situation, as well as further supporting documentation, listed below, in reverse order of filing:

1. Untimely response from BOP Central, delivered 21 days past the date of response from Central. Note it was received 15 days after the BP11 response was filed.
2. BP 11 Filing, dated 3/17/23, Second filing after previous rejection.
3. First BP11 Rejection. Stated to not contain copy of administrative remedy request BP 9 form (which was included in the paperwork I received back, apparently Central did not bother to read this) and copy of BP9 Response from Warden (which was removed after I sent it out, despite the paperwork being sealed with legal stamp) Also delivered 16 days after the time stamp from Central Office
4. First BP 11 filing, dated 10/29/22
5. BP 10 Response from Herberto H. Tellez, Regional Director
6. BP 10 Response cover letter, delivered 10/28/22 to inmate, nearly two months after BP10 was filed.
7. BP 10 Filing, dated 9/3/22
8. Response by Warden F.J. Garrido, BP9 Response, dated 8/16/22. Delivered to inmate two weeks past written date.
9. BP9 filing, dated 8/9/22
10. BP8 filing, response. Dated 7/17/22

------

11-15. Examples of Late Responses Held by Staff/Region/Central
-BP10 Response dated March 21, 2022, delivered to inmate May 6, 22 (45 days past date of signature). Verified delivery by Lt. K. Duffield.
-BP10 delivered 7/7/22, missing BP8 Original, BP9 Warden Response, All supporting documents. Signed verify by Officer A. Mijares
-BP9 Response Cover Page, from BP9 filing 8/9/22. Signed by Warden Garrido 8/16/22, delivered to inmate 8/30/22, 14 days later. Signed by Officer B. Thomas
-BP10 Response by Ian Connors, Administrator National Inmate Appeals. Dated August 10, 2022, delivered to inmate 8/31/2022, signed by Officer R. Parkinson (21 days past signature)'
-Bp10 Response signed November 3, 2022. Delivered to inmate Nov 28, 2022 (25 days past signature). Past 20 day appeal.

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 24, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC      UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1129166-A2      CENTRAL OFFICE APPEAL
DATE RECEIVED    : FEBRUARY 13, 2023
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.



Delivered to inmate by counselor Falliver
     3/17/23   11:40pm

A2

U.S. Department of Justice                                    Central Office Administrative Remedy Appeal

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: CARR   MICHAEL   J   49542-177   DAL   FMC FORT WOR:
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

Part A—REASON FOR APPEAL

I am filing further appeal after a BP11 rejection due
, lack of warden response (on record). All necessary
aper work is included (BP9 response/form, etc) and
late of excessive late response noted (16 days held).
lease address documented issues, thank you.
lail/BPs are still (See Attachment).
eing held.

1/29/23
DATE                                                        SIGNATURE OF REQUESTER

Part B—RESPONSE

FEB 1 3 2023

DATE                                                        GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: 1129166

Part C—RECEIPT

                                                            CASE NUMBER: _____

Return to: _____
         LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

DATE                                                        SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL    BP-231(13)

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 3, 2023

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID        : 1129166-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : DECEMBER 9, 2022
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

Delivered to
Inmate JAN 19, 2023

Unit Manager Carpenter is witness to
event, You may contact him.

A 4

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _CARR     MICHAEL     J._      _49542-177_     _DAL_      _FMC FT WORTH_
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.       UNIT           INSTITUTION

**Part A—REASON FOR APPEAL**

Even if, per Pro Statement 1330.18 & 542.18 states "Inmate does
+ receive response within time alloted... Inmate may consider
bscence of response denial," this does not excuse FMC
oRT WoRTH staff withholding Fed mail (as this BP10
sponse is 25 days past date mailed from Region), which is
itself a federal ~~policy violation~~. Without BP10 response, Region and
lat do not often accept paperwork, even if past response
ime allotted. Why is this not addressed or investigated?

[It is solely BPs held for extended period]

_10/29/22_    (See Previous Attach)
DATE                                 SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED
DEC 09 2022
Administrative Remedy Section
Federal Bureau of Prisons

_____    _____
DATE                     GENERAL COUNSEL

**ORIGINAL: RETURN TO INMATE**    CASE NUMBER: _____

**Part C—RECEIPT**                 CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____          Ⓐ          _____
DATE                                SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL     BP-231(13)

A5

Regional Administrative Remedy Appeal No. 1129166-R1
Part B - Response

This is in response to your Regional Administrative Remedy
Appeal received on September 14, 2022. You allege inordinate
response times to the institution's responses to administrative
remedies. For relief, you request to receive timely responses
to administrative remedies.

A review of the matter indicates that the Warden appropriately
addressed your concerns. Administrative remedy response times
are governed by Program Statement 1330.18, <u>Administrative Remedy
Program</u>, § 542.18 which states, "if the inmate does not receive
a response within the time allotted for reply, including
extension, the inmate may consider the absence of a response to
be a denial at that level."

This response is only for informational purposes.

If you are dissatisfied with this response, you may appeal to
the Federal Bureau of Prisons, Office of General Counsel,
320 First Street, N.W., Washington, D.C. 20534. Your appeal
must be received in the Office of General Counsel within 30 days
from the date of this response.

**NOV 0 3 2022**
_____
Date

Heriberto H. Tellez
Regional Director

```
MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,    TX 76119
```

Delivered to inmate

10/28/22

X

A7

**U.S. Department of Justice**

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Carr, Michael, J__  __44542-177__  __DAL__  __FMC FT. WORTH__
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

### Part A—REASON FOR APPEAL

espite what staff at FMC FORT WORTH claim, Administrative Remedies re taking an inordinate amount of time to arrive, halting ur right to due process. My BP9 response claims otherwise espite 4 instances of irrefutable proof (45 days, 21 days, 16 ays from response.) With officers unable to sign off on arrival ate in many instances, how are we to move up/show proof of eccipt? My request is that this issue be resolved, that we ceive BP9/10/11 responses in time for us to appeal them.

__9/3/22__  (with needed paperwork
DATE        not absent) Thank you. _____
                                    SIGNATURE OF REQUESTER

### Part B—RESPONSE

RECEIVED

SEP 1 4 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____        _____
DATE                             REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: __1129166-R 1__

### Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

CARR, Michael                REG. NO: 49542-177        FILED: 08-15-2022

REMEDY NO. 1129166-F2        PART B-RESPONSE

This is in response to your request for Administrative Remedy dated August 9, 2022, in which you state that Administrative Remedies are not being delivered timely or in accordance with policy.

A review of your complaint regarding the handling of Administrative Remedy responses determined that the staff at FMC Fort Worth are properly and timely handling the delivery of said responses.

The Administrative Remedy processes are operated under the procedures outlined in Program Statement 1330.18. Section 12 of P.S. 1330.18 establishes the timeframes that staff must respond to remedy requests. Once filed, response shall be made by the Warden or CCM within 20 calendar days; by the Regional Director within 30 calendar days; and by the General Counsel within 40 calendar days. If the Request is determined to be of an emergency nature which threatens the inmate's immediate health or welfare, the Warden shall respond not later than the third calendar day after filing. If the time-period for response to a Request or Appeal is insufficient to make an appropriate decision, the time for response may be extended once by 20 days at the institution level, 30 days at the regional level, or 20 days at the Central Office level. Staff shall inform the inmate of this extension in writing. Staff shall respond in writing to all filed Requests or Appeals. If the inmate does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.

Delivery of Administrative Remedy responses are made in accordance with FTW 1330.18(A). Section 4(F) states that The Administrative Remedy Clerk will distribute final responses to the units via institution mail or through Unit Staff for delivery to the inmate. Unit Staff will make personal delivery of the final responses to their assigned inmates housed in Restrictive Housing.

Based on the aforementioned, this response is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, South Central Regional Office, U.S. Armed Forces Reserve Complex, 344 Marine Forces Drive, Grand Prairie, Texas, 75051, via a BP-230(13). Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.


F. J. Garrido                              8-16-22
Warden                                     Date

A9

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

(circled: BP 9 FORM)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Carr Michael J.       419542-177       DAL       FMC FT WORTH
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A– INMATE REQUEST**

My BP8 response was unsatisfactory. Higher level BPs (from 9/10/11
Central/Region) are being delivered by officers who cannot
sign to confirm dates from mail room. (See 2 attachments showing
admin remedies held for 45 days/lacking documentation on
return). Mailroom staff/head (Ms. Smith) claim this is an issue with
Exec staff. I would like mail to be delivered at this level
accordingly, without denial of due process. This is a
continuing issue at FMC FT WORTH. If National/Region
to blame, let this move to BP10 level.

8/9/22
DATE            SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
AUG 15 2022
BY:

_____    _____
DATE            WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1129166-F2

                        CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____    _____
DATE         RECIPIENT'S SIGNATURE (STAFF MEMBER)    BP–229(13)

FTW 1330.13(F)
October 31, 2012
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY - ATTEMPT AT INFORMAL RESOLUTION

Inmate Name: Michael Carr          Reg. No. 49542-177
        Unit: DAL                          Date: 7/17/22

Date Delivered to Inmate: 7/17/22       By (Staff Name): UW/PD

Bureau of Prisons Program Statement 1330.13 requires that "An inmate will first present an issue of concern informally to staff before an inmate submits a Request for Administrative Remedy." Also, the staff member must try to resolve the complaint informally before the inmate will be given a BP-229(13) form.

1. Write your complaint in this space, as briefly as possible, including details and facts    which support your request.
Admin Remedies of BP9/10 levels have been continuously held for myself (affecting other inmates as well) past appeal dates / missing necessary documentation on return. See Attachment
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to BP-229(13) responses.)

2. What action do you wish to be taken to correct the situation?
I would like a reason why cxcc staff is holding Admin Remedy past appeal dates / discarding needed documentation. I would hope delays will cease.
3. What have you done to informally resolve this matter? To whom have you spoken?
Ms. Smith, AW McManus, Counselor Morres, Mailroom Staff or Open House

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
Informal Resolution Submitted to (name of staff member): LMcMl   Date: 7/17/202
Date Received from Staff: _____ (Response should ordinarily be within 3-5 calendar days).

The unit staff member who has attempted to resolve the matter informally will indicate below the efforts he, has made. Be specific, but brief:
Remedies are placed in unit mailboxes the same day they are received from Region/Central office. BP9 responses are put in unit mailboxes the day that they are answered. Unit team delivers all of those.

Responded to by: J. Morris / Legal Assistant   Date: 07/18/2022

Reviewed by Unit Manager: _____   Date: 7/24/2022
••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••
BP-229(13) Delivered to Inmate by: _____   Date: _____

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,   TX 76119

Delivered to
inmate   7/7/22   ( Absent BP8 Original,
BP9 Warden Response,
All Supporting Documents
BP9 Carbon pages)

X A. Mijares / _____

A·12

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,  TX 76119

Delivered to inmate 8/30/22

B. Thomas

14 days to arrive
despite being signed
off within facility

(20 day period from
response for appeal)

see prior attach
for late arrival
examples (2.)

A.13

Administrative Remedy No. 1114035-A1
Part B - Response

*Delivered to inmate 08-31-2022 on Dallas Unit at 5:45 PM*

*R. Parkinson*

.....................ve decision that can be changed based on your request.

You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary.  We find you are designated to an appropriate institution commensurate with your current security, custody, and medical needs based on your Medical Care Level 3 status.  Given this, we shall defer decisions regarding this matter to the appropriate Health Services staff at the local level.

Considering the foregoing, your appeal is denied.

August 10, 2022
Date

A. Connors
Ian Connors, Administrator
National Inmate Appeals

*(21 days after receipt)*

REJECTION NOTICE — ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,   TX 76119


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1098994-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : FEBRUARY 24, 2022
SUBJECT 1        : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS          : BOTH BP9 REQUEST AND RESPONSE NEEDED.

Delivered to inmate

5/6/22

X

sos Duffield K
5.6.22

A15

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 3, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1129166-R2      REGIONAL APPEAL
DATE RECEIVED    : OCTOBER 21, 2022
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS          : YOUR APPEAL HAS BEEN ACCEPTED AT THE REGIONAL LEVEL
                   WITH A RESPONSE DUE TO YOU.


Delivered to inmate
Nov 28, 2022

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: FEBRUARY 24, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119



FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1129166-A2     CENTRAL OFFICE APPEAL
DATE RECEIVED  : FEBRUARY 13, 2023
SUBJECT 1      : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL OF THE REJECTION IS UNTIMELY. RESUBMISSIONS ARE
                 DUE WITHIN: 5 DAYS (INSTITUTION); 10 DAYS (CCM OR REGIONAL
                 OFFICE); 15 DAYS (CENTRAL OFFICE). SUBMIT STAFF MEMO ON BOP
                 LETTERHEAD STATING REASON UNTIMELY FILING WASN'T YOUR FAULT.


Delivered to inmate
   3/17/23   11:40pm
      by Counselor Tolliver

A2

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __CARR   MICHAEL   J__   __49542-177__   __DAL__   __FMC FORT WOR:__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　UNIT　　INSTITUTION

**Part A—REASON FOR APPEAL**

I am filing further appeal after a BP11 rejection due
, lack of warden response (on record). All necessary
aper work is included (BP9 response/form, etc) and
late of excessive late response noted (16 days held).
'lease address documented issues, thank you.
lail/BPs are _still_ (See Attachment).
.eing held.

__1/29/23__
　　DATE

_____
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

FEB 1 5 2023

_____　　　_____
DATE　　　　　　　　　　GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE　　　CASE NUMBER: __1129166__

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

_____　　🅐　　_____
DATE　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL　　BP 231(13)

A3

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 3, 2023


FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC        UNT: DAL MED        QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,   TX 76119


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1129166-A1        CENTRAL OFFICE APPEAL
DATE RECEIVED    : DECEMBER 9, 2022
SUBJECT 1        : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                 ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR A COPY
                 OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.


*Delivered to inmate JAN 19, 2023*

*Unit Manager Carpenter is witness to event, You may contact him.*

A 4

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attach-
ments must be submitted with this appeal.

From: __CARR  MICHAEL  J.__  __49542-177__  __DAL__  __FMC FT WORTH__
　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

**Part A—REASON FOR APPEAL**

Even if, per Pro Statement 1330.18 & 542.18 states "inmate does
t receive response within time alloted... Inmate may consider
bsence of response denial," this does not excuse FMC
RT WORTH staff withholding Fed mail (as this BP10
sponse is 26 days past date mailed from Region), which is
itself a federal ~~policy violation~~. Without BP/10 response, Region and
ldt do not often accept paperwork, even if past response
ime allotted. Why is this not addressed or investigated?
　　　　　　　　　　　　　　　　　　　　　　It is solely
__10/29/22__　　(See Previous Attach)　　　　　BPs held for
　　DATE　　　　　　　　　　　　　　　SIGNATURE OF REQUESTER　extended period

**Part B—RESPONSE**

RECEIVED
DEC 09 2022
Federal Bureau of Prisons
Administrative Remedy Section

_____　　　GENERAL COUNSEL _____
　　　　　DATE
ORIGINAL: RETURN TO INMATE　　　　　CASE NUMBER: _____

**Part C—RECEIPT**
　　　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　REG. NO.　　UNIT　　INSTITUTION
SUBJECT: _____

_____　　　_____
　　DATE　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL　　BP-231(13)

Regional Administrative Remedy Appeal No. 1129166-R1
Part B - Response

This is in response to your Regional Administrative Remedy
Appeal received on September 14, 2022. You allege inordinate
response times to the institution's responses to administrative
remedies. For relief, you request to receive timely responses
to administrative remedies.

A review of the matter indicates that the Warden appropriately
addressed your concerns. Administrative remedy response times
are governed by Program Statement 1330.18, <u>Administrative Remedy
Program</u>, § 542.18 which states, "if the inmate does not receive
a response within the time allotted for reply, including
extension, the inmate may consider the absence of a response to
be a denial at that level."

This response is only for informational purposes.

If you are dissatisfied with this response, you may appeal to
the Federal Bureau of Prisons, Office of General Counsel,
320 First Street, N.W., Washington, D.C. 20534. Your appeal
must be received in the Office of General Counsel within 30 days
from the date of this response.

**NOV 0 3 2022**
_____
Date

Heriberto H. Tellez
Regional Director

A 6

```
MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,   TX 76119
```

Delivered to innate

10/28/22

X

A7

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Carr, Michael, J__    __44542-177__    __DAL__    __FMC FT. WORTH__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A—REASON FOR APPEAL**

espite what staff at FMC FORT WORTH claim, Administrative Remedies
re taking an inordinate amount of time to arrive, halting
ur right to due process. My BP4 response claims otherwise
espite 4 instances of irrefutable proof (45 days, 21 days, 16
ays from response.) With officers unable to sign off on arrival
ate in many instances, how are we to move up/show proof of
eccipt? My request is that this issue be resolved, that we
ceive BP4/10/11 responses in time for us to appeal them.
(with needed paperwork
not absent) Thank you.

__9/3/22__
   DATE
                        SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

SEP 1 4 2022

BUREAU OF PRISONS
LEGAL DEPARTMENT, SCRO

_____    _____
      DATE    REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE    CASE NUMBER: __1129166-R1__

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

A8

CARR, Michael                REG. NO: 49542-177        FILED: 08-15-2022

REMEDY NO. 1129166-F2        PART B-RESPONSE

This is in response to your request for Administrative Remedy dated August 9, 2022, in which you state that Administrative Remedies are not being delivered timely or in accordance with policy.

A review of your complaint regarding the handling of Administrative Remedy responses determined that the staff at FMC Fort Worth are properly and timely handling the delivery of said responses.

The Administrative Remedy processes are operated under the procedures outlined in Program Statement 1330.18. Section 12 of P.S. 1330.18 establishes the timeframes that staff must respond to remedy requests. Once filed, response shall be made by the Warden or CCM within 20 calendar days; by the Regional Director within 30 calendar days; and by the General Counsel within 40 calendar days. If the Request is determined to be of an emergency nature which threatens the inmate's immediate health or welfare, the Warden shall respond not later than the third calendar day after filing. If the time-period for response to a Request or Appeal is insufficient to make an appropriate decision, the time for response may be extended once by 20 days at the institution level, 30 days at the regional level, or 20 days at the Central Office level. Staff shall inform the inmate of this extension in writing. Staff shall respond in writing to all filed Requests or Appeals. If the inmate does not receive a response within the time allotted for reply, including extension, the inmate may consider the absence of a response to be a denial at that level.

Delivery of Administrative Remedy responses are made in accordance with FTW 1330.18(A). Section 4(F) states that The Administrative Remedy Clerk will distribute final responses to the units via institution mail or through Unit Staff for delivery to the inmate. Unit Staff will make personal delivery of the final responses to their assigned inmates housed in Restrictive Housing.

Based on the aforementioned, this response is for informational purposes only.

If you are not satisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, South Central Regional Office, U.S. Armed Forces Reserve Complex, 344 Marine Forces Drive, Grand Prairie, Texas, 75051, via a BP-230(13). Your appeal must be received in the South Central Regional Office within 20 days of the date of this response.

F. J. Garrido                            8-16-22
Warden                                   Date

A 9

U.S. DEPARTMENT OF JUSTICE                    REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

(BP 9 FORM)

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Carr Michael J.    449542-177    DAL    FMC FT WORTH
        LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

**Part A- INMATE REQUEST**

My BP8 response was unsatisfactory. Higher level BP's (from 9,10,11
Central/Region) are being delivered by officers who cannot
sign to confirm dates from mail room. (See 2 attachments showing
admin remedies held for 45 days/lacking documentation on
return). Mailroom staff/head (Ms. Smith) claim this is an issue with
Exec Staff. I would like mail to be delivered at this level
accordingly, without denial of due process. This is a
continuing issue at FMC FT WORTH. If National/Region
to blame, let this move to BP10 level.

8/9/22
DATE                                    SIGNATURE OF REQUESTER

**Part B- RESPONSE**

RECEIVED
AUG 15 2022
BY:

_____        _____
        DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1129166-F2

                                              CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
                LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____        _____
        DATE                      RECIPIENT'S SIGNATURE (STAFF MEMBER)                BP-229(13)

A90

FTW 1330.13(F)
October 31, 2012
Attachment A

REQUEST FOR ADMINISTRATIVE REMEDY · ATTEMPT AT INFORMAL RESOLUTION

Inmate Name: Michael Carr          Reg. No. 49542-177
Unit: DAL                          Date: 7/17/22

Date Delivered to Inmate: 7/17/22         By (Staff Name): _____

Bureau of Prisons Program Statement 1330.13 requires that "An inmate will first present an issue
of concern informally to staff before an inmate submits a Request for Administrative Remedy."
Also, the staff member must try to resolve the complaint informally before the inmate will be
given a BP-229(13) form.

1. Write your complaint in this space, as briefly as possible, including details and facts   which
support your request.
Admin Remedies of BP9/10 levels have been continuously
held for myself (affecting other inmates as well) past
appeal dates / missing necessary documentation on return. See Attachment
(If more space is needed, you may use up to one letter size (8 1/2 x 11) continuation page. You
must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response
to BP-229(13) responses.)

2. What action do you wish to be taken to correct the situation?
I would like a reason why exec staff is holding
Admin Remedy past appeal dates / discarding needed
documentation. I would hope delays will cease.
3. What have you done to informally resolve this matter? To whom have you spoken?
Ms. Smith, AW McManus, Counselor Morris, Mailroom
Staff or Open House

Informal Resolution Submitted to (name of staff member): _____ Date: 7/17/202
Date Received from Staff: _____ (Response should ordinarily be within 3-5 calendar days).

The unit staff member who has attempted to resolve the matter informally will indicate below the
efforts he has made. Be specific, but brief:
Remedies are placed in unit mailboxes the same day they are
received from Region/Central Office. BP9 responses are put in
unit mailboxes the day that they are answered. Unit team delivers all of those.

Responded to by: J. Morris/ Legal Assistant    Date: 07/18/2022

Reviewed by Unit Manager: _____    Date: 7/24/2022

BP-229(13) Delivered to Inmate by: _____    Date: _____

REJECTION NOTICE — ADMINISTRATIVE REMEDY

DATE: MARCH 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC      UNT: DAL MED      QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,   TX 76119


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID        : 1098994-A1      CENTRAL OFFICE APPEAL
DATE RECEIVED    : FEBRUARY 24, 2022
SUBJECT 1        : INCOMING PUBLICATIONS (INCL. REJECTION OR CONFISCATION)
SUBJECT 2        :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   INSTITUTION
                ADMINISTRATIVE REMEDY REQUEST (BP-9) FORM OR   A COPY
                OF THE (BP-09) RESPONSE FROM THE WARDEN.

REJECT REASON 2: SEE REMARKS.

REJECT REASON 3: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

REMARKS         : BOTH BP9 REQUEST AND RESPONSE NEEDED.


Delivered to inmate

5/6/22

X
505 Duffield K
5·6·22

A12

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC     UNT: DAL MED     QTR: D06-177L
3150 HORTON ROAD
FORT WORTH,   TX 76119

Delivered to
inmate 7/7/22 (Absent BP8 Original,
                 BP9 Warden Response,
                 All Supporting Documents
                 BP9 Carbon pages)

x A. Mijares /

A13

MICHAEL JOSEPH CARR, 49542-177
FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
3150 HORTON ROAD ·
FORT WORTH,  TX 76119

Delivered to inmate 8/30/22

B. Thomas

14 days to arrive
despite being signed
off within facility

(20 day period from
response for appeal)

see prior attach
for late arrival
examples (2.)

A 14

Administrative Remedy No. 1114035-A1
Part B - Response

*Delivered to inmate 08-31-2022 on Dallas unit at 5:45 PM*

*R. Parkinson*

................ve decision that can be changed based on your request.

You have consistently been provided timely and appropriate medical care in accordance with Program Statement 6031.04, Patient Care, and the National Drug Formulary. We find you are designated to an appropriate institution commensurate with your current security, custody, and medical needs based on your Medical Care Level 3 status. Given this, we shall defer decisions regarding this matter to the appropriate Health Services staff at the local level.

Considering the foregoing, your appeal is denied.

August 10, 2022
Date

*A. Connors*
Ian Connors, Administrator
National Inmate Appeals

*(21 days after receipt)*

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 3, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      SOUTH CENTRAL REGIONAL OFFICE

TO  : MICHAEL JOSEPH CARR, 49542-177
      FORT WORTH ADMINISTRATIVE FMC    UNT: DAL MED    QTR: D06-177L
      3150 HORTON ROAD
      FORT WORTH,  TX 76119


FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID      : 1129166-R2       REGIONAL APPEAL
DATE RECEIVED  : OCTOBER 21, 2022
SUBJECT 1      : ADMINISTRATIVE REMEDY PROCEDURES
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS        : YOUR APPEAL HAS BEEN ACCEPTED AT THE REGIONAL LEVEL
                 WITH A RESPONSE DUE TO YOU.

Delivered to inmate
Nov 28, 2022

Certified Documents END

Michael Carr #49542-177
FMC FORT WORTH
PO BOX 15330
FORT WORTH, TX    76119

X-RAY



RECEIVED

MAY 3 1 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

CERTIFIED MAIL

7020 3160 0001 1693 3181

⇔49542-177⇔
Us District Court
501 W 10TH ST
Office of the Clerk
FORT Worth, TX 76102
United States

LEGAL MAIL